UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD SHEERIN,

                        Plaintiff,

        -v-


TUTOR PERINI CORPORATION, et al.,

                        Defendants.

CIVIL ACTION NO.: 18 Civ. 7952 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

        At the status conference held today, February 2, 2021, Defendants agreed to withdraw their January 14, 2021 subpoena to non-party Sterling Risk without prejudice and to withdraw their motion to compel compliance with the subpoena (ECF No. 54).  In turn, Sterling Risk has agreed to withdraw without prejudice its motion to quash the January 14, 2021 subpoena (ECF No. 53).

        Accordingly, the Clerk of Court is respectfully directed to terminate the motions at ECF No. 53 and ECF No. 54 without prejudice to renewal.

        The Court will still hold a telephone status conference on **Tuesday, March 9, 2021 at 11:00 am** to discuss expert depositions.  The parties are directed to call the Court's conference line at: 866-390-1828, access code: 380-9799, at the scheduled time.


Dated:        New York, New York
              February 2, 2021

                                SO ORDERED

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**