UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD SHEERIN,

                Plaintiff,

-v-

TUTOR PERINI CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 7952 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Attorney Joseph E. Gorczyca of Morgan Levine Dolan, P.C., has filed a motion to withdraw as counsel for the plaintiff, Richard Sheerin, and for a charging lien against any proceeds of this litigation (the "Motion"). ECF No. 62. In support of his Motion, Mr. Gorczyca claims Mr. Sheerin "refuses to cooperate in the prosecution of his action" and, in particular, refuses to attend a Court-ordered medical examination. Id. at 4 ¶ 7. Mr. Gorczyca served the Motion on Mr. Sheerin. Id. at 4, ¶ 8; Ex. 1.

By **May, 5, 2021**, Mr. Sheerin may file a response to the Motion. Mr. Gorczyca is directed to provide a copy of this Order to Mr. Sheerin and to ensure any response by Mr. Sheerin is filed on ECF.

Dated:     New York, New York
           April 21, 2021

SO ORDERED.

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge