UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD SHEERIN,

                    Plaintiff,

-v-

TUTOR PERINI CORPORATION, et al.,

                    Defendants.

CIVIL ACTION NO.: 18 Civ. 7952 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, May 27, 2021, the Court orders as follows:

1. By **June 11, 2021**:

   a. Plaintiff shall serve its expert disclosures, which shall include all information required by Fed. R. Civ. 26(a)(2)(B)(i)–(vi);

   b. Defendants may serve document subpoenas on Dr. Ezriel Kornel and Somers Orthopaedic Surgery LLC;

2. Expert depositions, if any, shall be completed by **July 2, 2021**;

3. Dispositive motions shall be submitted in Accordance with Judge Carter's individual practices by **August 13, 2021**; and

4. The Pre-Trial Order shall be submitted in accordance with Judge Carter's individual practices by **August 23, 2021**.

Dated:       New York, New York
             May 27, 2021

                                            SO ORDERED

                                            */s/ Sarah L. Cave*
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**