UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------  :
Richard Sheerin,                                                   :
                                                                   :
                    Plaintiff,                                     :
                                                                   :    1:18-CV-7952-ALC-SLC
              -against-                                            :
                                                                   :    Order
Tutor Perini Corp. & Tutor Perini Bldg Corp.,                      :
                                                                   :
                    Defendants/Third-Party                         :
                    Plaintiffs,                                    :
-----------------------------------------------------------------  :
              -against-                                            :
                                                                   :
Imperial Iron Works, Inc.,                                         :
                                                                   :
                    Third-Party Defendant.                         :
                                                                   :
-----------------------------------------------------------------  :
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic pretrial conference in this action on Friday, December 2, 2022 at 10:30AM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

The parties should come prepared to discuss their availability for trial dates in mid-February 2023.

**SO ORDERED.**

Dated: November 22, 2022

    New York, New York

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge