UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ :
**Richard Sheerin,**  :
  :
               **Plaintiff,**  :
  :  **1:18-CV-7952-ALC-SLC**
               -against-  :
  :  <u>**Amended Order**</u>
**Tutor Perini Corp. & Tutor Perini Bldg Corp.,**  :
  :
               **Defendants/Third-Party Plaintiffs,**  :
------------------------------------------------------------------------ :
               -against-  :
  :
**Imperial Iron Works, Inc.,**  :
  :
               **Third-Party Defendant.**  :
------------------------------------------------------------------------ :

**ANDREW L. CARTER, JR., United States District Judge:**

    The Conference scheduled for December 2, 2022 is ADJOURNED.

    The Court will now hold a telephonic pretrial conference in this action on **Wednesday, December 14, 2022 at 3:00PM Eastern Time**. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

    The parties should come prepared to discuss their availability for trial dates in mid-February 2023.

**SO ORDERED.**

Dated:  December 1, 2022
         New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**