UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- :
**Richard Sheerin,** :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　**Plaintiff,** :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 : 　**1:18-CV-7952-ALC-SLC**
　　　　　　　　-against- :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 : 　**Amended Order**
**Tutor Perini Corp. & Tutor Perini Bldg Corp.,** :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　**Defendants/Third-Party** :
　　　　　　　　**Plaintiffs,** :
-------------------------------------------------------------------- :
　　　　　　　　-against- :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
**Imperial Iron Works, Inc.,** :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　**Third-Party Defendant.** :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 :
-------------------------------------------------------------------- :

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court will now hold a telephonic pretrial conference in this action on **Wednesday, December 14, 2022 at 2:45PM Eastern Time**. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

　　The parties should come prepared to discuss their availability for trial dates in mid-February 2023.

**SO ORDERED.**

Dated:　December 13, 2022
　　　　New York, New York　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**