UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Richard Sheerin,**

              **Plaintiff,**

              -against-

**Tutor Perini Corp. & Tutor Perini Bldg Corp.,**

              **Defendants/Third-Party Plaintiffs,**

---

              -against-

**Imperial Iron Works, Inc.,**

              **Third-Party Defendant.**

---

**1:18-CV-7952-ALC-SLC**

**AMENDED PRETRIAL BRIEFING ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are ordered to adhere to the following briefing schedule.

April 11, 2023: Joint Status Report regarding settlement negotiations

April 11, 2023: Motions in limine, proposed jury instructions, and voir dire requests

April 17, 2023: Responses in opposition

April 21, 2023: Replies, if any

April 27, 2023 at 2:30pm: Final Pre-Trial Conference

May 1, 2023 at 10:am: Trial Begins

**SO ORDERED.**

**Dated: April 5, 2023**

    New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**