**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- :

**Richard Sheerin,**                                             :
                                                            :
        **Plaintiff,**               :
                                                            :        **1:18-CV-7952-ALC-SLC**
    **-against-**                                  :
                                                            :        <u>**Amended Order**</u>
**Tutor Perini Corp. & Tutor Perini Bldg Corp.,**               :
                                                            :
      **Defendants/Third-Party**        :
      **Plaintiffs,**                   :
-------------------------------------------------------------------- :
    **-against-**                                  :
                                                            :
**Imperial Iron Works, Inc.,**                                   :
                                                            :
      **Third-Party Defendant.**        :
                                                            :
-------------------------------------------------------------------- :

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will now hold a telephonic pretrial conference in this action on **Thursday,**

**April 27, 2023 at 4:00PM Eastern Time.** All Parties shall appear and should contact the Court

at 1-888-363-4749 (access code: 3768660).


**SO ORDERED.**

**Dated: April 18, 2023**
    **New York, New York**          _____
                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**