UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- :
**Richard Sheerin,**                                                :
                                                                    :
                         **Plaintiff,**                             :
                                                                    :   **1:18-CV-7952-ALC-SLC**
                          -against-                                 :
                                                                    :   <u>**Amended Order**</u>
**Tutor Perini Corp. & Tutor Perini Bldg Corp.,**                   :
                                                                    :
                **Defendants/Third-Party Plaintiffs,**              :
------------------------------------------------------------------- :
                          -against-                                 :
                                                                    :
**Imperial Iron Works, Inc.,**                                      :
                                                                    :
                **Third-Party Defendant.**                          :
------------------------------------------------------------------- :

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will now hold a telephonic pretrial conference in this action on **Thursday, May 4, 2023 at 4:00PM Eastern Time.** All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: April 26, 2023**
      **New York, New York**

_____
       **ANDREW L. CARTER, JR.**
       **United States District Judge**