UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ :
**Richard Sheerin,**                                                     :
                                                                         :
                    **Plaintiff,**     :
                                                                         :    **1:18-CV-7952-ALC-SLC**
              **-against-**                                    :
                                                                         :    <u>**Order**</u>
**Tutor Perini Corp. & Tutor Perini Bldg Corp.,**                        :
                                                                         :
              **Defendants/Third-Party**                        :
              **Plaintiffs,**                                   :
------------------------------------------------------------------------ :
              **-against-**                                    :
                                                                         :
**Imperial Iron Works, Inc.,**                                           :
                                                                         :
              **Third-Party Defendant.**                        :
                                                                         :
------------------------------------------------------------------------ :

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ORDERED to submit a joint status report by June 28, 2023.

**SO ORDERED.**

**Dated: June 22, 2023**
       **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**