UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD SHEERIN,

                Plaintiff,

-v-

                                      CIVIL ACTION NO.: 18 Civ. 7952 (ALC) (SLC)

TUTOR PERINI CORPORATION, et al.,                      **ORDER**

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiff's request (ECF No. 123) for a conference to discuss the status of the parties' settlement agreement is GRANTED, and a telephone conference is scheduled for **Monday, July 31, 2023 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:        New York, New York
                July 24, 2023

                                                        SO ORDERED.

                                                        */s/ Sarah L. Cave*
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**